Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Bridget Martinsen

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIDGET MARTINSEN, | ) |
| Plaintiff, | ) Case No.:  5:19-cv-01497-KK |
| | ) |
| vs. | ) |
| | ) [~~PROPOSED~~] ORDER FOR AWARD |
| ANDREW M. SAUL, | ) OF EAJA FEES |
| Commissioner of Social Security, | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND THREE HUNDRED AND EIGHT SIX DOLLARS** ($ 3,386.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: May 5, 2020



_____
HON. KENLY KIYA KATO
United States Magistrate Judge